**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN FATAL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE FINANCE DIRECT, LLC,<br><br>    Defendant. | Civil Action No.: 21-cv-00111 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jean Fatal hereby dismisses without prejudice all claims against Defendant Healthcare Finance Direct, LLC.

Dated:  New York, New York
        April 22, 2021

    */s/ Yitzchak Kopel*
    Yitzchak Kopel

**BURSOR & FISHER, P.A.**

Yitzchak Kopel
Alec M. Leslie
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  ykopel@bursor.com
        aleslie@bursor.com

*Attorneys for Plaintiff*